**Order entered January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00996-CR
No. 05-14-00997-CR
No. 05-14-00998-CR

**MICHAEL JERARD RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-82939-2012, 416-82940-2012, 416-82942-2012**

## ORDER
Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandates in

these appeals **INSTANTER**.

/s/     MOLLY FRANCIS
          JUSTICE